UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JONATHAN C. JOHNSON, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL NO. SA-24-CV-1410-OLG |
| PASCHALL TRUCK LINES, INC. *et al.*, | § | |
| Defendants. | § | |

## ORDER

The Court has considered United States Magistrate Judge Elizabeth S. Chestney's Report and Recommendation (the "Recommendation") (Dkt. No. 7), filed on January 8, 2025, concerning Defendants Eric Avcock, Richele Thrift-Canale, and Jessica Phillips (the "Individual Defendants"). Plaintiff did not file objections to the Recommendation.

When no party objects to a magistrate judge's recommendation, the Court need not conduct a de novo review of the entire record. *See* U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendation to which objection is made."); FED. R. CIV. P. 72(b). Rather, the Court need only review the magistrate judge's recommendation to determine whether it is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court has reviewed the Recommendation and is of the opinion that it is correct. Accordingly, the Recommendation (Dkt. No. 7) is **ACCEPTED** and, for the reasons set forth therein, the Individual Defendants are **DISMISSED** from this lawsuit.

IT IS SO ORDERED.

SIGNED this \_5\_ day of March, 2025.

_____
ORLANDO L. GARCIA
United States District Judge